

FILED

05/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0186



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0186

**FILED**

MAY 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JACOB SMITH,

     Plaintiff and Appellant,

     v.

**GRANT OF EXTENSION**

MICHAEL ROOPE,

     Defendant and Appellee.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 1, 2020, to prepare, file, and serve the Appellant's brief.

DATED this May 4, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:     Jacob Smith, Michael Roope, Michael Donahoe